M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2014 MAR 20  P 1: 33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Anthony Marbury-EL #226054
Ventress Corr. Facility
_____ )
Full name and prison name of )
Plaintiff(s) )
 )
 )
v. )  CIVIL ACTION NO. 2:14-cv-195-MEF
 )  (To be supplied by Clerk of U.S. District
A.D.O.C Commissioner Kim Thomas )  Court)
Warden III Christopher Gordy )
_____ )
In their official and personal )
capacity )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐   No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☐    NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff(s) _____N/A_____

         Defendant(s) _____N/A_____

      2.  Court (if federal court, name the district; if state court, name the county)

         _____N/A_____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Alabama Dept. of Corrections*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Ventress Correctional Facility, Clayton Alabama*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                    ADDRESS

1. *A.D.O.C. Comm. Kim Thomas    301 South Ripley St. Mont., Al. 36130*
2. *Warden III Christopher Gordy  379 Highway 239 North Clayton, Al. 36016*
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *12/22/11 date accrued 8th Amendment Violations*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Due to the overcrowding of Ventress Correctional Facility within the Alabama Department*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

of Collections, Inmates are forced to deal with an "Inadequacy of Healthcare". Due to overcrowding Inmates are constantly turned around from of denied health services due to reasons of high numbers for the Healthcare
* Continued Supporting facts for ground #1 on next page *

GROUND TWO: 8th Amendment Violation

SUPPORTING FACTS: Due to the "overcrowding" of Ventress Correctional facility within the Alabama Department of Corrections. Inmate are forced to deal with "unsanitary" conditions. Inmates are not allowed to shower after exercise of recreation which has caused the spread of staff disease
* Continued Supporting facts for ground #2 on next page

GROUND THREE: 8th Amendment Violations

SUPPORTING FACTS: Due to the "overcrowding" of Ventress Correctional facility within the Alabama Department of Corrections. Inmates are subject to unsafe conditions do to a lack of "Personel Security". Correctional officer are forced to deal with inmate in harsh manners as an effort to
* See attachment for further supporting facts for Ground #3

3

\* Continued Supporting facts for ground #1 \*

- Personel to deal with on a daily basis. Due to such high number of Alabama Department of corrections at Ventress Correctional facility inmate medical appointments are seldomly not kept and rarely rescheduled which has an serious effect on inmates health.

\* Continued Supporting facts for ground #2

Inmates have been subject to the skin disease "scabbies" which the facility has been under quarantine for twice in less than 120 days due to the inaduguacy in laundry, and having to wash large amounts of clothing in such a short period of time. Ventress Correctional facility is within a very small city of Clayton Alabama which only has a population around 900. Ventress Correctional facility itself holds at this time 1675 inmates. Ventress Correctional facility was built to hold 600 inmates to its capasity. for being in such a small town, and holding 1000 inmate over its capasity, the piping system which supplies water was not ment for such a capasity. As a result the inmates have been forced to deal with being deprived of water on numerous occasions sometimes for days at a time.

\* Continued Supporting facts for ground #3

- to maintain control. Inmates subject to constantly verbal, mental, and physical abuse from officers and other inmates as a result of the lack of personal security.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

1) Plaintiff request the court to grant a preliminary and permanent injunction that the Alabama Department of Corrections provide a more adequate Healthcare at Ventress correctional facility to accomodate for the * Continued relief requested on additional page *

Anthony Hanbury-El #226054
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3-19-14
             (Date)

Anthony Hanbury-El
Signature of plaintiff(s)

\* Continued Relief from Previous page \*

over capasity of inmates which is held within the facilty by adding an addition of an extra doctor and registered nurses to healthcare to help deal with the "overcrowding."

3) Plaintiff request pleliminary and permanant injunctions that inmates be allowed to shower after recreation of exercise times to cut down on staff disease.

4) Plaintiff request pleliminary and permanant injunctions that the female correction officers stop forbiding the inmates to shower to please them. The corrections officer is there for the inmate, the inmate is not there for the correction officer.

5) Plaintiff request preliminary and permanant injunctions that the Alabama Department of Corrections place additional washer and Dryers at Ventress Correctional Facility to help the laundry become more able to deal with the numbers of overcrowding, and to bleach and use disinfecting chemicals to stop the spreading of the scabbies disease which the facilty has been under quarantine for twice.

6) Plaintiff request preliminary and permanant injunctions that the piping system within and outside of the facilty which supplies water to the facilty be inspected and made to accomodate the numbers of inmate that is held in the facilty. Which will prevent further deprivation of water.

\* Continued Relief from previous page \*

7) Plaintiff request Preliminary and Permanant Injunctions that the Alabama Department of Corrections develope a more stricter hands-off policy and hold the department of Corrections staff accountable for their actions when committing such abuse whether it be physical or verbal.

8) Plaintiff request the courts grant a preliminary and a Permanant Injunction that no facility should be allowed to hold more inmates than it was built or designed for. This law is strictly enforced when it comes down to animal shelters, and should be enforced when it comes down to humans.

NAME Anthony Mackey El    AIS #226054    DORM # E 4
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016



02 1P    $ 000.69⁰
0003176359    MAR 19 2014
MAILED FROM ZIP CODE 36016

Legal Mail

Office of the clerk
United States District Court
one church street, Suite B-110
Montgomery, AL 36104-4018

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

VENTRESS LAW LIBRARY

Legal mail