IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. MARBURY, #226054, )<br>)<br>  Plaintiff, )<br>v. )<br>)<br>KIM TOBIAS THOMAS, *et al.*, )<br>)<br>  Defendants. ) | CASE NO. 2:14-cv-195-MEF<br>WO |

## **O R D E R**

On May 16, 2014, the Magistrate Judge filed a Recommendation (Doc. #14) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The motions for preliminary junction filed by the plaintiff are DENIED.

3. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 9th day of June, 2014.

                                              /s/ Mark E. Fuller
                                     UNITED STATES DISTRICT JUDGE