```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602053408
Cashier ID: bhill
Transaction Date: 05/01/2019
Payer Name: FOUNTAIN CORRECTIONAL CENTER
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY L MARBURY
 Case/Party: D-ALM-2-14-CV-000195-001
 Amount:       $11.20
------------------------------------
CHECK
 Check/Money Order Num: 1089
 Amt Tendered: $11.20
------------------------------------
Total Due:      $11.20
Total Tendered: $11.20
Change Amt:     $0.00
```